EGBERT, Plaintiff, v. PERRY, et al, Defendants.

(File No. 7363. Opinion filed January 6, 1932.)

*E. B. Harkin,* of Aberdeen, for Plaintiff.

*Roger O. Campbell,* State's Attorney, and *H. O. Hepperle,* Special Assistant to State's Attorney, both of Aberdeen, for Defendants.

PER CURIAM. The above entitled cause, being an original proceeding in this court, presents a situation in all respects parallel to Pickus v. Perry, 59 S. D. 350, and upon the authority of that case, the order to show cause heretofore issued herein will be quashed and this proceeding dismissed.

All the Judges concur.